IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIA VANG, et al., | ) | No. CV-F-05-161 REC |
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO |
| | ) | PROVIDE STATUS REPORT |
| Plaintiff, | ) | CONCERNING STANDING OF |
| | ) | PLAINTIFFS BY JULY 25, 2005 |
| vs. | ) | |
| | ) | |
| | ) | |
| FRESNO POLICE OFFICERS CARL | ) | |
| McKNIGHT, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the hearing regarding defendants' motion to dismiss on June 20, 2005, the parties were ordered to provide a status report within 20 days concerning the standing of his clients to represent the claims of the decedent in this action. No such report has been filed with the court.

The parties are ordered to file a status report(s) no later than Monday, July 25, 2005.

IT IS SO ORDERED.

**Dated: July 14, 2005**                         **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE

1