1    James D. Weakley, Esq.      Bar No. 082853
     Erica M. Camarena Esq.      Bar No. 227981
2
          THE LAW FIRM OF
3      WEAKLEY, RATLIFF,
     ARENDT & McGUIRE, LLP
4     1630 East Shaw Avenue, Suite 176
        Fresno, California   93710
5
        Telephone: (559) 221-5256
6       Facsimile:  (559) 221-5262

7    Attorneys for Defendants, Fresno Police Officers CARL McKNIGHT and JESSE HERRING

8

9              UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO

11

12   TIA VANG, YER XIONG,                 )  CASE NO.  05-CV-161 REC-DLB
                                          )
13              Plaintiffs,               )  STIPULATION AND ORDER
                                          )  DISMISSING ACTION
14                                        )
                                          )
15           vs.                          )
                                          )  [Federal Rule of Civil Procedure 41(a)(1)]
16                                        )
     FRESNO POLICE OFFICERS CARL          )
17   McNIGHT, JESSE HERRING, DOES 1-50,   )
                                          )
18                                        )
                Defendants.               )
19   _____ )

20   TO THE HONORABLE COURT:

21       It is hereby stipulated by and between Plaintiffs TIA VANG and YER XIONG and

22   Defendants Fresno Police Officers, CARL McKNIGHT and JESSE HERRING, that the above

23   entitled action shall be dismissed in its entirety as to all claims, with prejudice, under Federal

24   Rules of Civil Procedure 41(a)(1).

25       It is also stipulated that all costs and attorneys fees incurred by the City of Fresno in

26   defending this action on behalf of their City employees, will be waived.

27   //

28   //

_____
Stipulation and Order Dismissing Action

1   DATED: July 27, 2005                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

2

3                                                        /s/ James D. Weakley
                                           By:   _____
4                                                James D. Weakley
                                                 Attorney for Defendants
5

6
    DATED: August 8, 2005
7

8                                                /s/ James C. Holland
                                                 _____
9                                                James C. Holland
                                                 Attorneys for Plaintiffs
10

11

12

13                                    **<u>ORDER</u>**

14  **IT IS SO ORDERED**.

15  DATED: _____August 15, 2005_____

16
                                          __/s/ ROBERT E. COYLE
17                                        U.S. DISTRICT COURT JUDGE
                                          ROBERT E. COYLE
18

19

20

21

22

23

24

25

26

27

28

_____
Stipulation and Order Dismissing Action            2